| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | Ralph Michael Smith |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00192 AWI |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER |
| | ) | TO MODIFY CONDITIONS OF PRETRIAL |
| v. | ) | RELEASE |
| | ) | |
| RALPH MICHAEL SMITH, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, United States of America, through its attorney, Assistant U.S. Attorney Brian W. Enos, and defendant Ralph Michael Smith, through his attorney, Eric V. Kersten, Assistant Federal Defender, that Mr. Smith's conditions of pretrial release may be modified to add the condition:

> Defendant shall participate in a program of mental health treatment and pay for costs as approved by the Pretrial Services Officer.

All other terms of pretrial supervision will remain in full force and effect. Pretrial Services

///

///

///

Officer Dan Stark supports this request.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 19, 2012      By:   /s/ Brian W. Enos
                                 BRIAN W. ENOS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 19, 2012      By:   /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Ralph Michael Smith


**O R D E R**

IT IS SO ORDERED.

Dated:   March 19, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE